FORMER EMPLOYEES OF SOUTHERN TRIANGLE OIL CO., PLAINTIFFS *v.* UNITED STATES, DEFENDANT

Court No. 89-03-00158

(Dated June 17, 1993)

## JUDGMENT

MUSGRAVE, *Judge:* Upon consideration of the Notice of Revised Certification on Reconsideration and other papers filed in this case, it is hereby

ORDERED, ADJUDGED AND DECREED that the results announced in the Notice of Revised Certification on Reconsideration are affirmed, and it is further

ORDERED, ADJUDGED AND DECREED that this case is dismissed.